# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **ROBERT COLLINS** | **CIVIL ACTION NO. 19-102-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JAMES LEBLANC, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction (Doc. 2) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of December 2019.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**